Charles H. Bell, Jr. (SBN 060553)
Thomas W. Hiltachk (SBN 131215)
Brian T. Hildreth (SBN 214131)
BELL, McANDREWS & HILTACHK, LLP
455 Capitol Mall, Suite 801
Sacramento, California 95814
Telephone:   (916) 442-7757
Facsimile:    (916) 442-7759

Attorneys for Plaintiff,
CITIZENS FOR YES ON THE RECALL:
  RECALL MEREDITH AND HAINES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR YES ON THE RECALL: RECALL MEREDITH AND HAINES, an unincorporated California recipient committee,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GALT, a public agency, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:08-CV-02714-WBS-JFM<br><br>ORDER GRANTING DISMISSAL WITHOUT PREJUDICE |

Pursuant to the stipulation of the parties, at the request of the plaintiff, this matter is dismissed without prejudice pursuant to FRCP 41(a)(1).  Each party will bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: February 13, 2009

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order